IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 04-cr-00188-REB
(Civil Action No. 08-cv-01882-REB)

UNITED STATES OF AMERICA,

v.

2.     LUIS ALTAMIRANO-QUINTERO,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before October 10, 2008, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: September 11, 2008.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge