**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

FILED
United States Court of Appeals
Tenth Circuit

November 12, 2009

Elisabeth A. Shumaker
Clerk of Court

In re:

LUIS ALTAMIRANO-QUINTERO,

Petitioner.

No. 09-1475
(D.C. Nos. 08-CV-01882-REB &
04-CR-00188-REB-2)
(D. Colo.)

**ORDER**

Before **MURPHY**, **HARTZ**, and **HOLMES**, Circuit Judges.

Luis Altamirano-Quintero petitions this court for a writ of mandamus directing the district court to rule on his pending 28 U.S.C. § 2255 motion. The district court docket sheet reflects that the motion was filed on September 2, 2008, and no court action has occurred since the filing date.

The district court is invited to respond to the petition for a writ of mandamus. The response, if any, shall be filed within thirty days of the date of this order and served on petitioner.

Petitioner also filed a motion for leave to proceed in forma pauperis. That motion is GRANTED.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk