FILED
United States Court of Appeals
Tenth Circuit

November 18, 2009

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

LUIS ALTAMIRANO-QUINTERO,

Petitioner.

No. 09-1475
(D.C. Nos. 1:08-CV-01882-REB &
1:04-CR-00188-REB-2)
(D. Colo.)

---

ORDER

---

Before **MURPHY**, **HARTZ**, and **HOLMES**, Circuit Judges.

---

Luis Altamirano-Quintero has petitioned this court for a writ of mandamus directing the district court to rule on his pending 28 U.S.C. § 2255 motion. Previously, this court invited the district court to respond to the petition, based on a lack of entries in the district court docket sheet for case no. 08-CV-01882-REB. Proceedings on the motion, however, have taken place in petitioner's criminal matter, case no. 04-cr-0188-REB-MJW. Because the district court is proceeding in this matter in a timely fashion, the order directing a response from the district court is VACATED. The petition for mandamus is DENIED as moot.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk