IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00188-REB-MJW
(Civil Action No. 11-cv-00131-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LUIS ALTAMIRANO-QUINTERO,

    Defendant-Movant.

_____

## FINAL JUDGMENT
_____

    Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn, on January 21, 2011, the following Final Judgment is hereby entered:

    It is ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#309] filed January 19, 2011, by the defendant-movant is DENIED. It is

    FURTHER ORDERED that the defendant-movant is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

    Dated at Denver, Colorado this   27th   day of January, 2011.

                                   FOR THE COURT:

                                   GREGORY C. LANGHAM, CLERK

                                   By: s/ Edward P. Butler
                                       Edward P. Butler, Deputy Clerk